DANA ALDEN FOX, STATE BAR #119761
Email: dfox@lynberg.com
BARBARA S. HUFF, STATE BAR #148995
Email: bhuff@lynberg.com
**LYNBERG & WATKINS**
A Professional Corporation
888 South Figueroa Street, 16th Floor
Los Angeles, California 90017-5449
Telephone: (213) 624-8700
Facsimile: (213) 892-2763

Attorneys for Defendants, County of San Bernardino and Sheriff Gary Penrod
**(Exempt per Gov't Code Section 6103)**

FILED
CLERK, U.S. DISTRICT COURT
SEP 23 2008
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIO CARRION,<br><br>       Plaintiff,<br><br>  v.<br><br>IVORY WEBB, SHERIFF GARY PENROD, COUNTY OF SAN BERNARDINO, DOES 1 through 10, Inclusive,<br><br>       Defendants. | Case No. CV06-08210 ODW(SSx)<br><br>Honorable Otis D. Wright, II<br><br>**"Referred to Magistrate Judge Suzanne H. Segal"**<br><br>**STIPULATED PROTECTIVE ORDER**<br><br>Complaint filed: 12/27/06<br>Trial date:  December 9, 2008<br>Time:        9:00 a.m.<br>Courtroom:   11 |

Subject to the approval of this Court, the parties hereby stipulate to the following protective order:

   1.   In connection with discovery proceedings in this action the following documents, things, materials, testimony or other information derived therefrom will be considered "Confidential" under the terms of this Stipulated Protective Order (hereinafter "Order"):

**GOOD CAUSE STATEMENT FOR DOCUMENTS A - WW**

Good cause exists to make the following documents subject to this Stipulated Protective Order because the documents describe the training and procedures used by

the County of San Bernardino County Sheriff's Department. The training and procedures need to remain confidential in order to reduce the possibility that the procedures used by Sheriff's Deputies in their work as law enforcement officers is not compromised by making the procedures general knowledge which could be used to anticipate the actions of Sheriff's Deputies in particular situations, creating potential danger to the Deputies and the general public.

    A.     Training Specifications for the Regular Basic Course - 1995;

    B.     Specifications for Learning Domain #20 Use of Force - October 1, 1996;

    C.     "   " Domain #21 Patrol Techniques - April 1, 1997;

    D.     "   " Domain 335 Firearms/Chemical Agents - July 15, 1995;

    E.     Basic Course Workbook Series - Learning Domain 15 - Laws of Arrest, Version Three:

- Laws of Arrest;

- Consensual Encounters;

- Arrests;

- Crime Scene Interviews and Investigative Interrogations.

    F.     Specifications for Learning Domain #20 Use of Force - July 15, 1005 - July 15, 1995;

- Learning Domain #20-1 - Use of Force - list of topics and outline

    G.     Learning Domain #20 7.1 - Surviving a Use of Force Incident

    H.     Supporting Material and References KD-20 7.3.0;

    I.     Trimester Training use of Force Instructors Guide;

"F.A.T.S." Operator Worksheet - Scenario - "Vehicle Stop, Industrial Area"';

    J.     Trimester Training - Use of Force Instructors Guide - 2nd Quarter 1999;

- Handcuffing Techniques;

    K.     2nd trimester 2000/2001 Roll Call Training Instructors Test Book;

    L.     Second Trimester 2000/2002 Use of Force: Defensive Tactics/Weapon Takeaways and Ground Control Techniques;

C:\Documents and Settings\BSH\Local Settings\Temp\XPGrpWise\3rd Revised Stipulated Protective Order.wpd\      Case No. CV06-08210 FMC (SSx)

2

**STIPULATED PROTECTIVE ORDER**

M. Second Trimester 2000/2001 Use of Force: Less Lethal Shotgun;

N. Second Trimester Fiscal Year 2000/2001 Use of Force Duty Handgun Police Challenge Exercise;

O. Second Trimester Fiscal Year 2000/2001 Use of Force Backup/ Off Duty Handgun;

P. Second Trimester Fiscal Year 2000/2001 Remington 870;

Q. Use of Force Active Shooter Program;

R. Flashlight Techniques - First Trimester 2001-2002 Use of Force;

S. Verbal Judo: Dealing with the Mentally Ill - 2nd Trimester use of Force 2001- 2002;

T. Interoffice Memo dated March 5, 2001 from Captain Greg Kyritsis to All Station/Division Commanders - Subject "Use of Force Training - First Trimester 2002-2003;

U. Associated Use of Force Penal Codes;

V. "Officers Killed During Traffic Stops";

W. Defensive Tactics Review - 2nd Trimester 2002 - 2003;

X. Flashlight Techniques - 2nd trimester 2002-2003;

Y. 2nd Trimester 2002 - 2003 Use of Force: Integrating the Flashlight with Firearms;

Z. Officer Safety Information (re Glendale Police Department traffic stop where the officer found a loaded 9mm semi-auto gun in a fake video camera);

AA. Officer Safety: clothing with Gun Holsters;

BB. 2nd Trimester 2002-2003 Use of Force Duty/Alternate Handgun Low Light Qualification;

CC. 2nd Trimester 2002-2003 Use of Force: Low Light Rifle;

DD. 2nd Trimester 2002-2003 Use of Force: Low Light Shotgun;

EE. Interoffice Memo dated March 5, 2001 from Captain Greg Kyritsis to All Station/Division Commanders - Subject "Use of Force Training - Second Trimester 2002-2003;

FF. Dangerous Weapons Update - Force Options Training Unit;

C:\Documents and Settings\BSH\Local Settings\Temp\XPGrpWise\3rd Revised Stipulated Protective Order.wpd\    Case No. CV06-08210 FMC (SSx)

STIPULATED PROTECTIVE ORDER

| | | |
|---|---|---|
| 1 | GG. | Verbal Judo: The 7-Step Meet and Greet; |
| 2 | HH. | SBCSD Officer Safety - Hidden Compartments In Altered Cadillac; |
| 3 | II. | High Risk Vehicle Stops - Force Options Training Unit; |
| 4 | JJ. | Tactical Communication 8-Step - 1st Trimester 2003-2004; |
| 5 | KK. | Vehicle Stop considerations - Force Options Training Unit; |
| 6 | LL. | Intelligence Briefing Officer Safety - Force Options Training; |
| 7 | MM. | Common Problems with Force Reporting; |
| 8 | NN. | Tactical Communication 5-Step - 1st Trimester 2003-2004; |
| 9 | OO. | 1st Trimester 2004-2005 Use of Force Update 2004; |
| 10 | PP. | Weapons and Hidden Compartment Update - 1st Trimester 2004-2005; |
| 11 | QQ. | Officer Safety/ Update - 2nd Trimester 2004-05; |
| 12 | RR. | Ballistics Myth vs. Reality |
| 13 | SS. | Officer Safety/Update - 3rd Trimester 2004-05; |
| 14 | TT. | Officer Safety Update - 1st Trimester 2005-2006; |
| 15 | UU. | Officer Safety Update - 2nd st Trimester 2005-2006; |
| 16 | VV. | Lowlight Review; |
| 17 | WW. | S.B.S.D. training Center 126th Session of Basic Academy Course Schedule Police 032-xxxx POST 2330-0010-96; |

Prior to receiving any Confidential Material, each "qualified person" shall be provided with a copy of this Order and shall execute a nondisclosure agreement in the form of Attachment A, a copy of which shall be provided forthwith to counsel for each other party and for the parties.

7. Should a portion of a deposition be designated as confidential, it will be separately marked. If a named party is present during a deposition, whereby the County or any of the defendants are concerned that privileged material may be revealed, the parties shall jointly attempt to resolve said difference. If an informal resolution is unworkable, the parties shall suspend the deposition, and immediately request a telephone conference with the Court. Upon conclusion of said telephone

C:\Documents and Settings\BSH\Local Settings\Temp\XPGrpWise\3rd Revised Stipulated Protective Order.wpd\    4    Case No. CV06-08210 FMC (SSx)

**STIPULATED PROTECTIVE ORDER**

conference with the Court, the deposition shall resume.

8. Nothing herein shall impose any restrictions on the use or disclosure by a party of material obtained by such party independent of discovery in this action, whether or not such material is also obtained through discovery in this action, or from disclosing its own Confidential Material as it deems appropriate.

9. If Confidential Material, including any portion of a deposition transcript designated as Confidential, is included in any papers to be filed in Court, such papers shall be labeled "Confidential - Subject to Court Order" and lodged under seal until further order of this Court.

10. In the event that any Confidential Material is used in any court proceeding in this action, it shall not lose is confidential status through such use, and the party using such shall take all reasonable steps to maintain its confidentiality during such use.

11. This Order is only applicable to Law and Motion and Discovery matters, and shall not apply should this case proceed to trial. Upon trial of this matter, all materials previously marked as Confidential which are entered as exhibits at trial, shall become public record absent Court Order.

12. This Order shall be without prejudice to the right of the parties (A) to bring before the Court at any time the question of whether any particular documents or information is confidential or whether its use should be restricted or (B) to present a motion to the Court under FRCP 26(c) for a separate protective order as to any particular document or information, including restrictions differing from this Order.

13. This Order is entered solely for the purpose of facilitating the exchange of documents and information between the parties to this action without involving the Court unnecessarily in the process. Nothing in this Order nor the production of any information or documents under the terms of this Order nor any proceedings pursuant to this Order shall be deemed to have the effect of an admission or waiver by either party or of altering the confidentiality or non-confidentiality of any such document or

C:\Documents and Settings\BSH\Local Settings\Temp\XPGrpWise\3rd Revised Stipulated Protective Order.wpd\   Case No. CV06-08210 FMC (SSx)

STIPULATED PROTECTIVE ORDER

information or altering any existing obligation of any party or the absence thereof.

14. This Order shall survive the final termination of this action, to the extent that the information contained in Confidential Material is not or does not become known to the public, and the Court shall retain jurisdiction to resolve any dispute concerning the use of information disclosed hereunder. Upon termination of this case, counsel for the parties shall assemble and return to each other all documents, material and deposition transcripts designated as confidential and all copies of same, or shall certify the destruction thereof.

**IT IS SO STIPULATED.**

September 11, 2008                    RODRIGUEZ & ASSOCIATES

                                      BY:   /s/ Charles Chapman
                                            CHARLES R. CHAPMAN
                                            Attorney for Plaintiff Elio Carrion

September 11, 2008                    LYNBERG & WATKINS,
                                      A Professional Corporation

                                      BY:   /s/ Barbara J. Huff
                                            DANA ALDEN FOX, Esq.
                                            BARBARA S. HUFF, Esq.
                                            Attorney for Defendants County of San
                                            Bernardino and Sheriff Gary Penrod

**IT IS SO ORDERED**

Date: September 23, 2008

                                      _____
                                      U.S. Magistrate Judge of the United States District Court

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 888 South Figueroa Street, 16th Floor, Los Angeles, California 90017.

On **September 12, 2008**, I served the foregoing document described as follows: ***STIPULATED PROTECTIVE ORDER*** on all interested parties in this action by placing a true copy thereof enclosed in sealed envelope addressed as follows

### SEE ATTACHED SERVICE LIST

√     **(BY MAIL)** As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with U.S. Postal Service on the same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposition for mailing an affidavit.

__     **(BY ELECTRONIC TRANSFER)** I caused all of the pages of the above-entitled document to be sent to the recipient(s) noted via electronic transfer (facsimile) at the respective telephone umbers indicated above.

__     **(BY FEDERAL EXPRESS/OVERNIGHT MAIL)** I caused the above-described document to be served on the interested parties noted as follows by Federal Express/Overnight Mail.

__     **(BY PERSONAL SERVICE):** I caused such envelope to be delivered by hand. (See attached List)

√     **FEDERAL)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed September 12, 2008, Los Angeles, California.

_____
KIMBERLY E. ALVAREZ

F:\WP\Njw-team\DAF\1858-0019-Carrion\Pld\POS.wpd

| | |
|---|---|
| Eugene P. Ramirez, Esq.<br>**MANNING & MARDER, KASS,<br>ELLROD, RAMIREZ, LLP**<br>801 South Figueroa Street, 15th Floor<br>Los Angeles, CA 90017<br>Phone: (213) 624-6900<br>Fax:    (213) 624-6999 | Luis A. Carrillo, Esq.<br>**LAW OFFICES OF LUIS A.<br>CARRILLO**<br>625 Fair Oaks Avenue, Suite 180<br>South Pasadena, CA 91030<br>Phone: (626) 799-9375<br>Fax:    (626) 799-9380 |
| Daniel Rodriguez, Esq.<br>Joel T. Andreesen, Esq.<br>M. Scott Fontes, Esq.<br>Charles R. Chapman<br>RODRIGUEZ & ASSOCIATES<br>2020 Eye Street<br>Bakersfield, CA 93301<br>Phone: (661)323-1400<br>Fax; (661)323-0132<br>email: postmaster@rodriguezlaw.net | |
| | |

F:\WP\Njw-team\DAF\1858-0019-Carrion\Pld\POS.wpd

PROOF OF SERVICE